UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **PAUL MEEDER,** | : | VIOLATION: |
| | : | |
| | : | 18 U.S.C. §§ 1341, 2 |
| Defendant. | : | (Mail Fraud, Causing an Act |
| | : | to be Done, Aiding and Abetting) |

## INFORMATION

The United States Attorney informs the Court that:

Introduction

1. The Carnegie Institution of Washington (hereinafter "CIW") is a non-profit scientific research organization that specializes in the physical and biological sciences. CIW is organized into six departments, including the Geophysical Laboratory (hereinafter "Laboratory") located at 5251 Broad Branch Road, N.W., Washington, D.C. The Laboratory is engaged in the basic research and advanced education of earth sciences.

2. From approximately 1993 until January, 2006, defendant PAUL MEEDER was employed by the Laboratory as the accounts payable manager. MEEDER's job responsibilities included reviewing and reconciling the Laboratory's credit card account statements received monthly from Diners Club and Sam's Club. Some employees of the Laboratory were issued credit cards issued by Diners Club and Sam's Club to pay to for expenditures incurred in furtherance of the Laboratory's operations.

3. As part of his job responsibilities, MEEDER reviewed the Sam's Club credit card account statements. MEEDER also inputted the individual charges contained within the Diners Club statements into the Laboratory's accounting system as directed by his supervisor J.S. After inputting the Sam's Club and Diners Club statements into the Laboratory's accounting system, MEEDER prepared payment checks to be mailed to various creditors.

4. MEEDER was issued a Diners Club and a Sam's Club credit card by the Laboratory. MEEDER was authorized to use the credit cards to pay to expenditures such as office supplies and equipment, gasoline for the Laboratory's vehicles, and travel to attend training classes or seminars.

<u>The Purpose of the Scheme to Defraud CIW</u>

5. From on or about May 1, 2002 through on or about January 4, 2006, in a continuing course of conduct, the defendant PAUL MEEDER and his accomplice J.S., devised and intended to devise a scheme and artifice to defraud CIW of certain monies that then lawfully belonged to CIW.

<u>The Scheme to Defraud CIW</u>

6. It was part of the scheme and artifice to defraud that MEEDER used the Diners Club and Sam's Club credit cards issued to him by the Laboratory to pay for personal expenditures he incurred without the consent of CIW.

7. It was further part of the scheme and artifice to defraud that MEEDER used the Diners Club credit card to pay for items purchased at Exoticar Models, Sharper Image, AOL Internet service and Chef's Catalog.

8. It was further part of the scheme and artifice to defraud that MEEDER used the Diners Club credit card to pay for vacation expenditures in Orlando, Florida; Honolulu and Kapolei, Hawaii; Las Vegas, Nevada; Nashville, Tennessee and Curacao, Aruba. MEEDER used the Diners Club

credit card to pay for vacation expenditures such as Walt Disney World admission tickets and merchandise, a Royal Caribbean Cruise, and a Legend of the Seas cruise.

9. MEEDER used the Diners Club and Sam's Club credit cards issued to him by the Laboratory to pay for unauthorized personal expenditures that totaled at least $109,000.

10. From on or about May 1, 2002 through on or about January 4, 2006, in a continuing course of conduct, for the purpose of executing and attempting to execute the scheme and artifice, defendant PAUL MEEDER did knowingly cause to be delivered by United States mail among other items:

| Date of Check | Check Number | Payee | Payment Mailed To |
|---|---|---|---|
| 7/19/05 | 027616 | Sam's Club | Carol Stream, IL 60197 |
| 8/23/05 | 027770 | Sam's Club | Carol Stream, IL 60197 |
| 10/12/05 | 028024 | Sam's Club | Carol Stream, IL 60197 |

**(Mail Fraud, Causing an Act to be Done, Aiding and Abetting,
in Violation of 18 United States Code, Sections 1341 & 2)**

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR # 498610

BY: _____
STEVEN J. DURHAM
ASSISTANT U.S. ATTORNEY
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-8316