AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
SEP 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| V. | |
| Paul Meeder | CASE NUMBER: 07-212 |

I, __Paul Meeder__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Sept. 11, 2007__ prosecution by indictment and consent that the
                          Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer