U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

**FILED**
SEP 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

: Case No. 07-212 (HHK)

PAUL NEWDER, :

Defendant. :

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___11th___ day of ___SEPTEMBER, 2007___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __a date convenient to both parties__ by __Criminal Investigator Diane Dickman__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __United States Attorney's Office__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Criminal Investigator Diane Dickman__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) Henry H. Kennedy, Jr.

DOJ USA-16-1-80