UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | DOCKET NO.: 07-212-01 |
| | ) | |
| Paul Meeder | ) | |

## ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on December 14, 2007. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant.

Accordingly, it is by the Court, this 3 day of January, 20 08,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form, and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
Henry H. Kennedy, Jr.
United States District Judge

1/3/08
DATE