HONORABLE HARRY H. KENNEDY UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-212-01</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| Meeder, Paul | : | Disclosure Date: <u>December 14, 2007</u> |

**FILED**
**JAN 18 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( ✓ )  There are no material/factual inaccuracies therein.

(   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    12/17/07
**Prosecuting Attorney**                                  Date

#### For the Defendant

(CHECK APPROPRIATE BOX)

(   )  There are no material/factual inaccuracies therein.

(   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                    _____
**Defendant**           **Date**                   **Defense Counsel**           **Date**

#### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 28, 2007** to U.S. Probation Officer **Sherry Brandon**, telephone number **(202) 565-1327** fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

#### FOR THE COURT

By:  Gennine A. Hagar, Acting Chief
     United States Probation Officer